DECIDED JULY 27, 1923.

Distraint; from Atkinson superior court — Judge Dickerson. April 14, 1923.

*J. O. Sirmans*, for plaintiff in error.

*B. G. O'Berry Jr., E. R. Smith, Hugh M. Dorsey*, contra.

---

14686, 14687.  McELMURRAY v. HEARD BROTHERS *et al.*; and *vice versa*.

BROYLES, C. J. 1. " Where property has been pledged to secure a debt and is wrongfully sold by the pledgee, who nevertheless applies a part of the proceeds to the payment of the debt and tenders the balance to the pledgor as a settlement of their respective rights in the property, an acceptance by the pledgor of the sum tendered, with full knowledge at the time, of all the facts, will be held a ratification of the sale, although such acceptance was under protest; the pledgee not having at the time agreed that such acceptance might be made without prejudice. The action was in trover, and the court did not err in granting a nonsuit. *Reynolds Banking Co.* v. *Neisler*, 130 *Ga.* 789 (61 S. E. 828); *Stanley* v. *City of Glennville*, 140 *Ga.* 306 (2 *a*) (78 S. E. 1064)." *Kennedy* v. *Dexter Banking Co.*, 29 *Ga. App.* 95 (113 S. E. 819).

(*a*) The facts of the instant case are not materially different from those of the *Kennedy* case, just quoted from, and the ruling in that case is controlling in this case, which, like the *Kennedy* case, was an action in trover. It follows that the court did not err in awarding a nonsuit.

*Judgment on the main bill of exceptions affirmed; cross-bill is dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 27, 1923. REHEARING DENIED SEPTEMBER 26, 1923.

Trover; from Bibb superior court — Judge Malcolm D. Jones.
April 25, 1923.

*Jordan & Moore,* for plaintiff.

*John R. L. Smith, Grady C. Harris, Harris, Harris & Witman,*
for defendants.